UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LEN NGUYEN,
Plaintiff(s)/Petitioner(s),

vs.

THOMAS D. HOMAN,
Defendant(s)/Respondents(s).

Case No. 2:18-CV-01228-CKD

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

FILED
MAY 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.**

**Therefore, within 30 days, the parties shall complete and return this form to the court.**

**However, the parties are advised that they are free to withhold consent without adverse substantive consequences.**

**IT IS SO ORDERED.**

Dated: 5/15/18

/s/ – Carolyn K. Delaney
United States Magistrate Judge

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

☑ ***CONSENT*** **TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**

**The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.**

Date: 5-17-18

Signature: Len Nguyen

Print Name: Len Nguyen

(✓) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

☐ ***DECLINE*** **OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

**The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.**

Date: ______

Signature: ______

Print Name: ______

( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: ______

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Len Nguyen
_____
Plaintiff or Petitioner

v.                                                      Case Number: 2:18-CV-01228-CKD

Thomas D. Homan
_____
Defendant or Respondent

**PROOF OF SERVICE**

_____/

I hereby certify that on  5-17-18  , I served a copy of the attached
Order Reconsent or Request for Reassignment.
by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at 12500 Bruceville Road, Elk Grove California, 95757:

-Audrey B. Hemesath
Assistant U.S. Attorney
U.S. Attorney's office
501 I street, suite 10-100
Sacramento, CA, 95814

-Office of The clerk
United States District Court
Eastern District of California
501 I street, suite 4-200
Sacramento, CA, 95814

I declare under penalty of perjury that the foregoing is true and correct.

Len Nguyen
Len Nguyen