1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2729
5
   Attorneys for Respondent
6  United States of America
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF CALIFORNIA
11

12  LEN NGUYEN,                          CASE NO. 2:18-CV-01228 CKD

13              Petitioner,               DESIGNATION OF COUNSEL

14       v.

15  THOMAS D. HOMAN, ET, AL.,

16              Respondent.

17
18       The United States of America requests that Assistant U.S. Attorney Audrey B. Hemesath, be
    added as counsel of record for respondents in the above-referenced action.
19
20   Dated: May 22, 2018                   McGREGOR W. SCOTT
                                           United States Attorney
21
22                                         By: /s/ AUDREY B. HEMESATH
                                               AUDREY B. HEMESATH
23                                             Assistant United States Attorney
24
25
26
27
28

DESIGNATION OF COUNSEL                    1