UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN NGUYEN, | No. 2:18-cv-01228-GGH |
| Petitioner, | |
| v. | <u>ORDER</u> |
| THOMAS D. HOMAN, et al., | |
| Respondents. | |

Petitioner filed his petition for habeas corpus challenging his indefinite detention as an alien who has been ordered removed. ECF No. 1. Respondent filed an answer to the petition on July 18, 2019. Petitioner is instructed to file any response he may have to the answer within 45 days of the service of this Order.

It is THEREFORE ORDERED that:

1. Petitioner shall file any responsive pleading within 30 days of the service of this Order.
2. There is no order in this civil case which would permit sealing. The Clerk is ordered to make all filings in this case part of the public record.

**IT IS SO ORDERED.**

Dated: July 26, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1